# Form 1



## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY
**Period Ending:** 03/31/16

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 04/25/14 (f)
**§341(a) Meeting Date:** 05/28/14
**Claims Bar Date:** 09/30/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Money Market account no. ending 6845 Harris Bank<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2 | Checking Account no. ending 2682 Fifth Third Ban<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 43,213.10 | 43,213.10 | | 0.00 | FA |
| 3 | Checking account no. ending 5063 Fifth Third Ban<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 350,037.45 | 350,037.45 | | 0.00 | FA |
| 4 | See Exhibit B4<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Recognition plaques and miscellaneous posters<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | 2 leather back braces, hardhats<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 50.00 | | 0.00 | FA |
| 7 | See Exhibit B 9<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 174,334.94 | 174,334.94 | | 169,519.35 | FA |
| 8 | See Exhibit B 16<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,372,234.11 | 1,372,234.11 | | 1,502,824.43 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY
**Period Ending:** 03/31/16

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 04/25/14 (f)
**§341(a) Meeting Date:** 05/28/14
**Claims Bar Date:** 09/30/14

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | See Exhibit B 25<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 31,500.00 | 31,500.00 | | 20,364.53 | FA |
| 10 | Miscellaneous office furniture, equipment and su<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 20,000.00 | FA |
| 11 | Tools, gangboxes, refuse storage containers, lad<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,650.00 | 7,650.00 | | 15,931.50 | FA |
| 12 | Ceiling tiles, vinyl base<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 13 | Revolving door<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 500.00 | | 0.00 | FA |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$2,003,619.60** | **$2,003,619.60** | | **$1,728,639.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

All claims have been reconciled. Trustee is in the process of resolving all tax, employee, labor and other issues.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY
**Period Ending:** 03/31/16

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee
**Filed (f) or Converted (c):** 04/25/14 (f)
**§341(a) Meeting Date:** 05/28/14
**Claims Bar Date:** 09/30/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015 **Current Projected Date Of Final Report (TFR):** December 31, 2016

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/14 | {8} | Stack & O'Connor Chartered | Return of funds | 1121-000 | 6,106.74 | | 6,106.74 |
| 06/13/14 | {8} | Wiseway & Paylow Food Centers | Weiss Entities, 104 S. Michigan Project - Chicago Office Build Out | 1121-000 | 120,831.00 | | 126,937.74 |
| 06/13/14 | {8} | Pershing LLC | Invoice Nos. JN98194 & JN9819-A - 1515 W. 22nd St., Oakbrook, IL | 1121-000 | 31,339.00 | | 158,276.74 |
| 06/13/14 | {8} | 69 W. Washington Mgmt Co, L.L.C. | Invoice No. JM9966 - 69 W. Washington St., Chicago, IL | 1121-000 | 1,520.00 | | 159,796.74 |
| 06/13/14 | {8} | Able Engineering Services | Invoice No. JM9899-1 - 216 S. State St., Chicago, IL | 1121-000 | 8,023.00 | | 167,819.74 |
| 06/13/14 | {8} | Draper and Kramer, Incorporated | Invoice No. CN9953 - 33 W. Monroe St., Chicago, IL (Amtrust Realty) | 1121-000 | 9,830.00 | | 177,649.74 |
| 06/13/14 | {8} | GLL Properties 444 North Michigan, L.P. | Receivable | 1121-000 | 30,690.00 | | 208,339.74 |
| 06/13/14 | {8} | Monroe Acquisition Borrowers Fund-Operating | Invoice No. JN-9903-A - 200 W. Monroe | 1121-000 | 500.00 | | 208,839.74 |
| 06/13/14 | {8} | Long Ridge Office Portfolio, LP | Invoice No. JM-9968 - 2001 Spring Rd., Oakbrook Ter. LL Ceiling Repair | 1121-000 | 1,304.00 | | 210,143.74 |
| 06/13/14 | {8} | Long Ridge Office Portfolio, LP | Invoice No. JM-9937A - Corporate 500 Centre, Suite 275, Deerfield (add'l ref: JM-9937C) | 1121-000 | 846.00 | | 210,989.74 |
| 06/13/14 | {8} | CPX Interactive | Invoice No. CN-9888 - One E. Wacker, Chicago, IL | 1121-000 | 2,670.00 | | 213,659.74 |
| 06/13/14 | {8} | Rotary International Facilities | Invoice No. JM9910 - Rotary Facilities - S14251 15th floor pantry | 1121-000 | 5,122.00 | | 218,781.74 |
| 06/13/14 | {8} | Rotary International One Rotary Center | Invoice Nos. JM 9956 A & JM-9956 - One Rotary Center - Drywall repair | 1121-000 | 715.00 | | 219,496.74 |
| 06/17/14 | {8} | GLL Properties 444 North Michigan, L.P. | Reversed Deposit 100007 1 - Stop Payment | 1121-000 | -30,690.00 | | 188,806.74 |
| 07/08/14 | {9} | Martin Auction Services LLC Escrow | 06.21.14; seller 27; sales tax collected | 1129-000 | 364.53 | | 189,171.27 |
| | | | | **Subtotals :** | **$189,171.27** | **$0.00** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/14 | | Martin Auction Services LLC Escrow | 06.21.14; seller 27 | | 55,931.50 | | 245,102.77 |
| | {9} | | 20,000.00 | 1129-000 | | | 245,102.77 |
| | {10} | | 20,000.00 | 1129-000 | | | 245,102.77 |
| | {11} | | 15,931.50 | 1129-000 | | | 245,102.77 |
| 07/16/14 | {8} | Lincoln Property Company | Invoice No. JM9924; 230 W. Monroe, Suite 400 | 1121-000 | 114,262.00 | | 359,364.77 |
| 07/22/14 | 101 | Progress Electric | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 25,936.00 | 333,428.77 |
| 07/22/14 | 102 | Competitive Piping Systems, Inc. | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 20,009.50 | 313,419.27 |
| 07/22/14 | 103 | John's Plumbing | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 4,002.50 | 309,416.77 |
| 07/22/14 | 104 | MJH Interiors, Inc. | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 5,850.00 | 303,566.77 |
| 07/22/14 | 105 | Glass Solutions, Inc. | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 11,589.50 | 291,977.27 |
| 07/22/14 | 106 | Ameriscan Designs, Inc. | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 18,166.00 | 273,811.27 |
| 07/22/14 | 107 | Reinke Gypsum Supply Co., Inc. | Payment to subcontractor per 07.22.14 court order - 104 S. Michigan, 13th Fl. | 8500-002 | | 2,376.85 | 271,434.42 |
| 08/05/14 | 108 | Equal Electric II, Inc. | Payment per 08.05.14 court order - Invoice No. JM9924; 230 W. Monroe, Suite 400 | 4120-000 | | 11,700.00 | 259,734.42 |
| 08/05/14 | 109 | Competitive Piping Systems, Inc. | Payment per 08.05.14 court order - Invoice No. JM9924; 230 W. Monroe, Suite 400 | 4120-000 | | 8,245.00 | 251,489.42 |
| 08/05/14 | 110 | Emerald Mechanical, Inc. | Payment per 08.05.14 court order - Invoice No. JM9924; 230 W. Monroe, Suite 400 | 4120-000 | | 2,580.00 | 248,909.42 |
| 08/05/14 | 111 | Lohre Painting Company | Payment per 08.05.14 court order - Invoice No. JM9924; 230 W. Monroe, Suite 400 | 4120-000 | | 8,860.00 | 240,049.42 |
| | | | | **Subtotals :** | **$170,193.50** | **$119,315.35** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/14 | 112 | Break Thru Enterprises, Inc. | Payment per 08.05.14 court order - Invoice No. JM9924; 230 W. Monroe, Suite 400 | 4120-000 | | 61,700.00 | 178,349.42 |
| 08/12/14 | {7} | Conseco Life Insurance Company | Cash Surrender - Policy 2300103889 - J. Nieckula | 1129-000 | 21,018.80 | | 199,368.22 |
| 08/12/14 | {7} | Conseco Life Insurance COmpany | Cash surrender - Policy 2300208291 - J. Nieckula | 1129-000 | 8,177.98 | | 207,546.20 |
| 08/12/14 | {7} | Conseco Life Insurance Company | Cash surrender - Policy 2300208290 - A. Callos | 1129-000 | 56,659.01 | | 264,205.21 |
| 08/12/14 | {7} | Conseco Life Insurance Company | Cash surrender - Policy 2300103887 - A. Callos | 1129-000 | 28,486.11 | | 292,691.32 |
| 08/12/14 | {7} | Conseco Life Insurance Company | Cash surrender - Policy 2300103888 - S. Lombardo | 1129-000 | 46,317.41 | | 339,008.73 |
| 08/20/14 | {8} | Citibank, N.A. | Citibank refund check for acct. ending 7918 - J. Nieckula | 1121-000 | 32.74 | | 339,041.47 |
| 09/08/14 | {7} | Stack & O'Connor Chartered | M. Barnes Life Policies Cash Value | 1129-000 | 8,860.04 | | 347,901.51 |
| 09/08/14 | {8} | MEPT 200 West Madison LLC | Invoice No. 11415623ECC - Payment per 07.22.14 court order - 200 W. Madison | 1121-000 | 84,208.00 | | 432,109.51 |
| 10/16/14 | {8} | Cardmember Service | Credit balance for account ending 0856 - A. Callos | 1121-000 | 895.64 | | 433,005.15 |
| 10/16/14 | {8} | Cardmember Services | Credit balance for account ending 0856 - A. Callos | 1121-000 | 895.64 | | 433,900.79 |
| 10/17/14 | {8} | Chase | Payment re: auto account no. 11120313565015 - J. Nieckula | 1121-000 | 6,863.50 | | 440,764.29 |
| 10/20/14 | {8} | AT&T | Customer Refund for Account No. 847-588-0250 551 | 1121-000 | 4.53 | | 440,768.82 |
| 10/20/14 | {8} | Ally | Customer Refund - Ref. #917185389000 | 1121-000 | 5,857.70 | | 446,626.52 |
| 10/22/14 | {8} | Cardmember Service | Reversed Deposit 100025 1 Credit balance for account ending 0856 | 1121-000 | -895.64 | | 445,730.88 |
| | | | | **Subtotals :** | **$267,381.46** | **$61,700.00** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/14 | {8} | Huntington Construction II, LLC | Payment per 10/31/14 court order - 200 W. Monroe, Suite 1702 | 1121-000 | 145,633.37 | | 591,364.25 |
| 11/04/14 | 113 | Current Communications & Electric | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702 | 8500-002 | | 50,000.00 | 541,364.25 |
| 11/04/14 | 114 | Competitive Piping Systems | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702<br>Voided on 01/12/15 | 8500-002 | | 8,980.00 | 532,384.25 |
| 11/04/14 | 115 | John's Plumbing Inc. | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702 | 8500-002 | | 9,350.00 | 523,034.25 |
| 11/04/14 | 116 | International Decorators Inc. | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702 | 8500-002 | | 7,455.00 | 515,579.25 |
| 11/04/14 | 117 | MJH Interiors, Inc. | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702 | 8500-002 | | 14,105.00 | 501,474.25 |
| 11/04/14 | 118 | Wheaton Associates | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702 | 8500-002 | | 2,866.00 | 498,608.25 |
| 11/19/14 | {8} | Adrian Smith + Gordon Gill, LLP | 111 W. Monroe, Ste. 2300 - Invoice No. JN933-1/Revised | 1121-000 | 22,338.00 | | 520,946.25 |
| 11/20/14 | {8} | JMC as MGR Madison LaSalle | 10 S. LaSalle - Friedman bonebrake job | 1121-000 | 9,249.00 | | 530,195.25 |
| 11/25/14 | {8} | Golub LSP Investors, LP | 680 N. Lake Shore Dr., 1st Fl. - Invoice No. DN9929-1 | 1121-000 | 2,368.00 | | 532,563.25 |
| 11/26/14 | {8} | Lincoln Property Company, Inc. | 120 N. LaSalle, Suite 1040 - Invoice No. 821516879587 | 1121-000 | 6,744.00 | | 539,307.25 |
| 12/01/14 | {8} | ASVRF Oak Brook Regency, LLC | 1415 W. 22nd St., Regency Towers, JLL, Inv. JOJN9964 | 1121-000 | 2,249.00 | | 541,556.25 |
| 12/02/14 | {8} | Chicago Title and Trust Company | 208 S. LaSalle, Ste. 1420, 1440, 1540 | 1121-000 | 80,204.00 | | 621,760.25 |
| 12/16/14 | {8} | Jones Lang LaSalle Independent Cont for | JLL; One North Franklin; Invoice JLJN99451 | 1121-000 | 1,136.00 | | 622,896.25 |
| 12/16/14 | {8} | 1 N. LaSalle Properties, LLC | Payment per 11.20.14 court order | 1121-000 | 206,903.44 | | 829,799.69 |
| | | | | **Subtotals :** | **$476,824.81** | **$92,756.00** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/14 | {8} | Toyota Motor Corp. Unintended Acceleration Marketing, | Toyota settlement, Claim No. TMUA1-33478801-3-DV | 1121-000 | 286.14 | | 830,085.83 |
| 01/07/15 | {8} | Leech Tishman Fuscaldo & Lampl, LLC | Invoice No. CN9942 | 1121-000 | 525.00 | | 830,610.83 |
| 01/07/15 | {8} | International Decorators, Inc. | GOLF | 1121-000 | 641.00 | | 831,251.83 |
| 01/12/15 | 114 | Competitive Piping Systems | Payment per 10.31.14 court order - 200 W. Monroe, Suite 1702<br>Voided: check issued on 11/04/14 | 8500-002 | | -8,980.00 | 840,231.83 |
| 01/12/15 | 119 | Competitive Piping Systems | Payment per 10.31.14 court order | 8500-002 | | 8,980.00 | 831,251.83 |
| 01/27/15 | {8} | Huntington Construction II, LLC | Payment per 01.13.15 order; Ref: 2224 - 209 Genesco | 1121-000 | 97,632.00 | | 928,883.83 |
| 01/28/15 | 120 | Midwest Woodcrafters | Payment per 01.13.15 court order | 8500-002 | | 3,210.00 | 925,673.83 |
| 01/28/15 | 121 | Progress Electric Company | Payment per 01.13.15 court order | 8500-002 | | 25,411.00 | 900,262.83 |
| 01/28/15 | 122 | Competitive Piping Systems | Payment per 01.13.15 court order | 8500-002 | | 6,000.00 | 894,262.83 |
| 01/28/15 | 123 | National Decorating Service | Payment per 01.13.15 court order | 8500-002 | | 10,620.00 | 883,642.83 |
| 01/28/15 | 124 | Renaissance Interiors, Inc. (f/k/a OEC Business Interiors) | Payment per 01.13.15 court order | 8500-002 | | 15,200.00 | 868,442.83 |
| 01/28/15 | 125 | Pientka Plumbing Contractor, Inc. | Payment per 01.13.15 court order | 8500-002 | | 875.00 | 867,567.83 |
| 01/28/15 | 126 | NS Remodeling & Maintenance | Payment per 01.13.15 court order | 8500-002 | | 10,440.00 | 857,127.83 |
| 02/04/15 | {8} | JBC Funds 33 North LaSalle LLC | Invoice CN9897, Property: 33 N LaSalle, Ste. 2131 Remodeling | 1121-000 | 1,663.50 | | 858,791.33 |
| 02/09/15 | {8} | Rotary International Facilities | Payment per 01.20.15 court order | 1121-000 | 140,887.00 | | 999,678.33 |
| 02/09/15 | 127 | Hardt Electric Inc. c/o Stuart M. Sheldon, P.C. | Payment per 01.20.15 court order | 8500-002 | | 60,695.00 | 938,983.33 |
| 02/09/15 | 128 | Competitive Piping Systems | Payment per 01.20.15 court order | 8500-002 | | 32,221.00 | 906,762.33 |
| 02/09/15 | 129 | John's Plumbing Inc. | Payment per 01.20.15 court order | 8500-002 | | 9,650.00 | 897,112.33 |
| 02/09/15 | 130 | Lohre Painting | Payment per 01.20.15 court order | 8500-002 | | 4,990.00 | 892,122.33 |
| | | | | **Subtotals :** | **$241,634.64** | **$179,312.00** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/15 | 131 | Hemraa-Caughlin Corporation | Payment per 01.20.15 court order | 8500-002 | | 2,575.00 | 889,547.33 |
| 02/09/15 | 132 | Midwest Woodcrafters, Inc. | Payment per 01.20.15 court order | 8500-002 | | 8,876.00 | 880,671.33 |
| 02/09/15 | 133 | Kraftex Floor Corp. | Payment per 01.20.15 court order | 8500-002 | | 750.00 | 879,921.33 |
| 02/13/15 | {8} | AG-WOA Columbia Centre III Owner, LLC | Property Ref: 9450 W. Bryn Mawr | 1121-000 | 14,609.00 | | 894,530.33 |
| 03/10/15 | {8} | ML-AI 125 S. Wacker, LLC | Payment per 02.05.15 court order | 1121-000 | 5,766.00 | | 900,296.33 |
| 03/10/15 | {8} | ML-AI 125 S. Wacker, LLC | Payment per 02.05.15 court order | 1121-000 | 5,966.00 | | 906,262.33 |
| 03/12/15 | {8} | Zest Health LLC | Payment per 02.26.15 court order | 1121-000 | 149,007.65 | | 1,055,269.98 |
| 03/17/15 | 134 | International Decorators, Inc. | Payment per 02.05.15 court order | 8500-002 | | 866.00 | 1,054,403.98 |
| 03/17/15 | 135 | Competitive Piping Systems, Inc. | Payment per 02.05.15 court order | 8500-002 | | 2,980.00 | 1,051,423.98 |
| 03/17/15 | 136 | Glass Solutions, Inc. | Payment per 02.05.15 court order | 8500-002 | | 8,405.00 | 1,043,018.98 |
| 03/17/15 | 137 | National Decorating | Payment per 02.05.15 court order | 8500-002 | | 2,900.00 | 1,040,118.98 |
| 03/17/15 | 138 | Current Communications | Payment per 02.05.15 court order | 8500-002 | | 4,984.00 | 1,035,134.98 |
| 03/17/15 | 139 | Competitive Piping Systems, Inc. | Payment per 02.05.15 court order | 8500-002 | | 950.00 | 1,034,184.98 |
| 03/17/15 | 140 | Durkin Electric | Payment per 02.26.15 court order | 8500-002 | | 49,097.85 | 985,087.13 |
| 03/17/15 | 141 | Competitive Piping Systems, Inc. | Payment per 02.26.15 court order | 8500-002 | | 19,958.00 | 965,129.13 |
| 03/17/15 | 142 | John's Plumbing, Inc. | Payment per 02.26.15 court order | 8500-002 | | 9,850.00 | 955,279.13 |
| 03/17/15 | 143 | Lohre Painting/Decorating | Payment per 02.26.15 court order | 8500-002 | | 4,375.00 | 950,904.13 |
| 03/17/15 | 144 | MJH Interiors, Inc. | Payment per 02.26.15 court order | 8500-002 | | 9,899.00 | 941,005.13 |
| 03/17/15 | 145 | Midwest Woodcrafters, Inc. | Payment per 02.26.15 court order | 8500-002 | | 6,869.00 | 934,136.13 |
| 03/17/15 | 146 | Glass Solutions, Inc. | Payment per 02.26.15 court order | 8500-002 | | 3,530.00 | 930,606.13 |
| 03/17/15 | 147 | International Decorators, Inc. | Payment per 02.26.15 court order | 8500-002 | | 8,575.00 | 922,031.13 |
| 03/17/15 | 148 | Reinke Gypsum | Payment per 02.26.15 court order Stopped on 06/18/15 | 8500-002 | | 2,390.84 | 919,640.29 |
| 03/18/15 | {8} | Jones Lang LaSalle Americas Inc | Payment per 02.05.15 court order | 1121-000 | 60,000.00 | | 979,640.29 |
| 03/25/15 | {8} | National Glass & Gate Service, Inc. | Payment per 03.17.15 court order | 1121-000 | 31,839.00 | | 1,011,479.29 |
| 03/25/15 | 149 | Greatlakes Architectural Millworks, | Payment per 03.17.15 court order | 8500-002 | | 24,000.00 | 987,479.29 |
| | | | | **Subtotals :** | **$267,187.65** | **$171,830.69** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | LLC | | | | | |
| 03/25/15 | 150 | Glass Solutions, Inc. | Payment per 03.17.15 court order | 8500-002 | | 375.00 | 987,104.29 |
| 03/25/15 | 151 | Murphy Marble Company | Payment per 03.17.15 court order | 8500-002 | | 2,300.00 | 984,804.29 |
| 04/06/15 | {8} | 645 No Michigan LLC/Nakash TIC | Payment per 11.13.14 court order/Ref: 645 N. Michigan Ave. | 1121-000 | 7,354.00 | | 992,158.29 |
| 04/15/15 | {8} | Brady, Connolly & Masuda, P.C. | Ref: 10 S. LaSalle | 1121-000 | 16,844.00 | | 1,009,002.29 |
| 04/15/15 | 152 | Glass Solutions, Inc. | Payment per 03.04.15 final waiver of lien | 8500-002 | | 10,220.00 | 998,782.29 |
| 04/15/15 | 153 | Palos Electric Company, Inc. | Payment per 03.05.15 final waiver of lien | 8500-002 | | 495.00 | 998,287.29 |
| 04/15/15 | 154 | National Decorating Service, Inc. | Payment per 04.06.15 final waiver of lien | 8500-002 | | 500.00 | 997,787.29 |
| 04/15/15 | 155 | Hemraa-Coughlin Corporation | Payment per 03.04.15 final waiver of lien | 8500-002 | | 660.00 | 997,127.29 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,459.13 | 995,668.16 |
| 05/19/15 | {8} | 33 West Monroe Associates LLC | Payment per 05.07.15 court order; Ref: 33 W. Monroe | 1121-000 | 22,455.00 | | 1,018,123.16 |
| 05/20/15 | 156 | National Decorating Services | Payment per 05.07.15 court order | 8500-002 | | 550.00 | 1,017,573.16 |
| 05/20/15 | 157 | Terrance Electric | Payment per 05.07.15 court order | 8500-002 | | 2,250.00 | 1,015,323.16 |
| 05/20/15 | 158 | International Decorators Inc. | Payment per 05.07.15 court order | 8500-002 | | 820.00 | 1,014,503.16 |
| 05/20/15 | 159 | MJH Interiors, Inc. | Payment per 05.07.15 court order | 8500-002 | | 990.00 | 1,013,513.16 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,404.07 | 1,012,109.09 |
| 06/02/15 | 160 | International Decorators, Inc. | Return of funds paid to trustee in error | 8500-002 | | 641.00 | 1,011,468.09 |
| 06/11/15 | | GLL Properties 444 North Michigan | Payment per 02.03.15 court order | 1129-000 | 11,073.00 | | 1,022,541.09 |
| 06/18/15 | 148 | Reinke Gypsum | Payment per 02.26.15 court order Stopped: check issued on 03/17/15 | 8500-002 | | -2,390.84 | 1,024,931.93 |
| 06/18/15 | 161 | Reinke Gypsum | Payment per 2.26.15 court order | 8500-002 | | 2,390.84 | 1,022,541.09 |
| 06/25/15 | {8} | Burbank Mall Associates LLC | Ref: Burbank Town Center, Invoice 88947 | 1121-000 | 732.48 | | 1,023,273.57 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,571.02 | 1,021,702.55 |
| 07/22/15 | {8} | Equity Lifestyle Properties, Inc. | | 1121-000 | 9,484.00 | | 1,031,186.55 |
| 08/05/15 | {8} | Two N. Riverside Plaza JV LP | Payment per 7.23.15 court order | 1121-000 | 59,377.00 | | 1,090,563.55 |
| | | | | **Subtotals :** | **$127,319.48** | **$24,235.22** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/15 | 162 | JLJ Contracting | Payment to subcontractor per 7.23.15 court order | 8500-002 | | 55,925.00 | 1,034,638.55 |
| 08/06/15 | 163 | CBRE | Refund of non-estate funds - check #503150 - issued in error<br>Voided on 08/06/15 | 8500-002 | | 732.48 | 1,033,906.07 |
| 08/06/15 | 163 | CBRE | Refund of non-estate funds - check #503150 - issued in error<br>Voided: check issued on 08/06/15 | 8500-002 | | -732.48 | 1,034,638.55 |
| 08/06/15 | 164 | Burbank Mall Associates, LLC | Refund of non-estate funds - check #503150 - issued in error | 8500-002 | | 732.48 | 1,033,906.07 |
| 10/06/15 | 165 | Martin Auction | Payment of expenses & commission per consignor settlement & 5.23.14 court order | 3620-000 | | 10,196.00 | 1,023,710.07 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,739,712.81** | **716,002.74** | **$1,023,710.07** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **1,739,712.81** | **716,002.74** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,739,712.81** | **$716,002.74** | |

{} Asset reference(s)

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 14-15623 HSP
**Case Name:** EDISON CONSTRUCTION COMPANY

**Taxpayer ID #:** **-***5410
**Period Ending:** 03/31/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******6566 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6566 | 1,739,712.81 | 716,002.74 | 1,023,710.07 |
| | $1,739,712.81 | $716,002.74 | $1,023,710.07 |