| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 01/26/2017 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: EDISON CONSTRUCTION COMPANY      §   Case No. 14-15623
                                        §
                                        §
Debtor(s)                               §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Brian Audette, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/26/2017 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/04/2017            By:  Brian A. Audette
                                                                  Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Brian Audette | The Honorable: | PAMELA S. HOLLIS |
| Perkins Coie LLP | Chapter 7 | |
| 131 South Dearborn St | Location: | 219 S. Dearborn, Courtroom 644, Chicago, IL |
| Ste. 1700 | Hearing Date: | 01/26/2017 |
| Chicago, IL 60603-5559 | Hearing Time: | 10:30am |
| (312) 324-8534 | Response Date: | / / |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: EDISON CONSTRUCTION COMPANY    §    Case No. 14-15623
§
§
Debtor(s)    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 1,913,882.42 |
| *and approved disbursements of* | $ | 716,002.74 |
| *leaving a balance on hand of* [1] | $ | 1,197,879.68 |
| **Balance on hand:** | **$** | **1,197,879.68** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Great Lakes Plumbing & Heating Co. | 14,000.00 | 0.00 | 0.00 | 0.00 |
| 12 | Celtic Commercial Painting, LLC | 25,700.00 | 0.00 | 0.00 | 0.00 |
| 52S | UST Prime III Office Subtenant, L.P. | 6,500.00 | 0.00 | 0.00 | 0.00 |
| 52S-2 | UST Prime III Office Subtenant, L.P. | 6,500.00 | 6,500.00 | 0.00 | 6,500.00 |
| 54 | JLJ Contracting, Inc. | 55,925.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    **$**    6,500.00
Remaining balance:    **$**    1,191,379.68

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 62,417.85 | 0.00 | 62,417.85 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 117,594.50 | 0.00 | 117,594.50 |
| Attorney for Trustee, Expenses - Perkins Coie LLP | 3,524.88 | 0.00 | 3,524.88 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 11,055.00 | 0.00 | 11,055.00 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 6.50 | 0.00 | 6.50 |

Total to be paid for chapter 7 administration expenses:  $ 194,598.73
Remaining balance:  $ 996,780.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 996,780.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $45,252.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19P | Abt Electronics Inc. | 0.00 | 0.00 | 0.00 |
| 19P-2 | Abt Electronics Inc. | 3,500.00 | 0.00 | 3,500.00 |
| 20 | CHICAGO PAINTERS AND DECORATORS FRINGE BENEFIT FUN | 0.00 | 0.00 | 0.00 |
| 21 | CHICAGO PAINTERS AND DECORATORS FRINGE BENEFIT FUN | 0.00 | 0.00 | 0.00 |
| 22 | Chicago Regional Council of Carpenters | 0.00 | 0.00 | 0.00 |
| 22 -2 | Chicago Regional Council of Carpenters | 8,566.46 | 0.00 | 8,566.46 |
| 50P | Midwest Woodcrafters, Inc. | 0.00 | 0.00 | 0.00 |
| 50P-2 | Midwest Woodcrafters, Inc. | 376.00 | 0.00 | 376.00 |
| 53P | Laborers' Pension Fund and Laborers' Welfare Fund | 18,265.98 | 0.00 | 18,265.98 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 59P | CHICAGO PAINTERS AND DECORATORS FRINGE BENEFIT FUN | 14,543.71 | 0.00 | 14,543.71 |

|   |   |
|---|---:|
| Total to be paid for priority claims: | $   45,252.15 |
| Remaining balance: | $   951,528.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,208,610.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Lohre Painting Company, Inc. | 0.00 | 0.00 | 0.00 |
| 1 -2 | Lohre Painting Company, Inc. | 33,504.00 | 0.00 | 14,434.42 |
| 2 | LaForce Inc | 0.00 | 0.00 | 0.00 |
| 3 | Break Thru Enterprises, Inc | 0.00 | 0.00 | 0.00 |
| 3 -2 | Break Thru Enterprises, Inc | 13,600.00 | 0.00 | 5,859.24 |
| 4 | International Decorators, Inc | 0.00 | 0.00 | 0.00 |
| 4 -2 | International Decorators, Inc | 150,872.50 | 0.00 | 64,999.92 |
| 5 | Reinke Gypsum Supply Co., Inc. | 0.00 | 0.00 | 0.00 |
| 5 -2 | Reinke Gypsum Supply Co., Inc. | 2,435.13 | 0.00 | 1,049.12 |
| 6 | Reinke Interior Supply Co., Inc. | 229.55 | 0.00 | 98.90 |
| 7 | Current Communications & Electric Corp. | 0.00 | 0.00 | 0.00 |
| 7 -2 | Current Communications & Electric Corp. | 0.00 | 0.00 | 0.00 |
| 7 -3 | Current Communications & Electric Corp. | 128,565.00 | 0.00 | 55,389.25 |
| 8 | Johns Plumbing Inc. | 0.00 | 0.00 | 0.00 |
| 8 -2 | Johns Plumbing Inc. | 70,163.00 | 0.00 | 30,228.10 |
| 9 | Olde Towne Floors, Inc. | 0.00 | 0.00 | 0.00 |
| 9 -2 | Olde Towne Floors, Inc. | 8,292.00 | 0.00 | 3,572.42 |
| 11 | Pientka Plumbing Contractors, Inc. | 0.00 | 0.00 | 0.00 |
| 11 -2 | Pientka Plumbing Contractors, Inc. | 31,429.00 | 0.00 | 13,540.46 |
| 13 | MTS Titan Electric, LLC, d/b/a Titan Electric | 150,596.50 | 0.00 | 64,881.01 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 14 | Competitive Piping Systems | 0.00 | 0.00 | 0.00 |
| 14 -2 | Competitive Piping Systems | 296,541.00 | 0.00 | 127,757.81 |
| 15 | Blaze Electric Corporation | 11,779.00 | 0.00 | 5,074.71 |
| 16 | KL Electric, Inc. | 66,361.00 | 0.00 | 28,590.10 |
| 17 | MJH Interiors, Inc. | 0.00 | 0.00 | 0.00 |
| 17 -2 | MJH Interiors, Inc. | 112,397.00 | 0.00 | 48,423.64 |
| 18 | GE Capital C/O Barbi Martin | 0.00 | 0.00 | 0.00 |
| 18 -2 | GE Capital C/O Barbi Martin | 9,901.94 | 0.00 | 4,266.02 |
| 19U | Abt Electronics Inc. | 0.00 | 0.00 | 0.00 |
| 19U-2 | Abt Electronics Inc. | 3,051.11 | 0.00 | 1,314.50 |
| 23 | Baxter Credit Union | 0.00 | 0.00 | 0.00 |
| 24 | Baxter Credit Union | 0.00 | 0.00 | 0.00 |
| 25 | Baxter Credit Union | 0.00 | 0.00 | 0.00 |
| 26 | Progress Electric Company | 0.00 | 0.00 | 0.00 |
| 26 -2 | Progress Electric Company | 80,037.00 | 0.00 | 34,482.09 |
| 27 | MTH Industries | 0.00 | 0.00 | 0.00 |
| 27 -2 | MTH Industries | 0.00 | 0.00 | 0.00 |
| 27 -3 | MTH Industries | 10,500.00 | 0.00 | 4,523.68 |
| 28 | MTH Industries | 0.00 | 0.00 | 0.00 |
| 28 -2 | MTH Industries | 0.00 | 0.00 | 0.00 |
| 28 -3 | MTH Industries | 927.00 | 0.00 | 399.38 |
| 29 | Pitney Bowes Global Financial Services LLC | 4,073.31 | 0.00 | 1,754.89 |
| 30 | Glass Solutions, Inc. | 0.00 | 0.00 | 0.00 |
| 30 -2 | Glass Solutions, Inc. | 138,578.00 | 0.00 | 59,703.12 |
| 31 | Super Electric Construction Company | 112,335.00 | 0.00 | 48,396.93 |
| 32 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 33 | Kraftex Floor Corp. | 0.00 | 0.00 | 0.00 |
| 33 -2 | Kraftex Floor Corp. | 141,182.00 | 0.00 | 60,824.99 |
| 34 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 35 | Renaissance Interiors Inc. | 694.00 | 0.00 | 298.99 |
| 36 | Renaissance Interiors Inc. | 822.21 | 0.00 | 354.23 |
| 37 | Renaissance Interiors Inc. | 5,225.00 | 0.00 | 2,251.07 |
| 38 | Renaissance Interiors Inc. | 1,783.49 | 0.00 | 768.38 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 39 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 40 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 41 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 42 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 43 | Renaissance Interiors Inc. | 1,516.96 | 0.00 | 653.55 |
| 44 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 45 | Renaissance Interiors Inc. | 0.00 | 0.00 | 0.00 |
| 46 | Palos Electric Co., Inc. | 0.00 | 0.00 | 0.00 |
| 46 -2 | Palos Electric Co., Inc. | 24,094.00 | 0.00 | 10,380.34 |
| 47 | Durkin Electric Company, Inc. | 0.00 | 0.00 | 0.00 |
| 47 -2 | Durkin Electric Company, Inc. | 130,956.15 | 0.00 | 56,419.42 |
| 48 | Renee A. Bulow | 13,750.00 | 0.00 | 5,923.87 |
| 49 | Murphy Marble Company | 0.00 | 0.00 | 0.00 |
| 49 -2 | Murphy Marble Company | 4,900.00 | 0.00 | 2,111.05 |
| 50U | Midwest Woodcrafters, Inc. | 0.00 | 0.00 | 0.00 |
| 50U-2 | Midwest Woodcrafters, Inc. | 212,391.38 | 0.00 | 91,503.90 |
| 51 | Rex Electric & Technologies, LLC | 110,778.50 | 0.00 | 47,726.35 |
| 52U | UST Prime III Office Subtenant, L.P. | 0.00 | 0.00 | 0.00 |
| 52U-2 | UST Prime III Office Subtenant, L.P. | 23,948.73 | 0.00 | 10,317.75 |
| 53U | Laborers' Pension Fund and Laborers' Welfare Fund | 8,071.66 | 0.00 | 3,477.49 |
| 55 | Emerald Mechanical | 0.00 | 0.00 | 0.00 |
| 55 -2 | Emerald Mechanical | 57,585.00 | 0.00 | 24,809.16 |
| 56 | Greatlakes Architectural Milworks, LLC | 0.00 | 0.00 | 0.00 |
| 56 -2 | Greatlakes Architectural Milworks, LLC | 6,075.00 | 0.00 | 2,617.27 |
| 57 | Marvin Feig and Associates | 2,750.00 | 0.00 | 1,184.77 |
| 58 | ABM Janitorial Services - North Central, Inc. | 605.84 | 0.00 | 261.01 |
| 59U | CHICAGO PAINTERS AND DECORATORS FRINGE BENEFIT FUN | 3,773.55 | 0.00 | 1,625.75 |
| 60 | Great Lakes Plumbing & Heating Co. | 7,000.00 | 0.00 | 3,015.79 |
| 61 | Great Lakes Plumbing & Heating Co. | 0.00 | 0.00 | 0.00 |
| 62 | Rotary International | 14,539.39 | 0.00 | 6,263.96 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 951,528.80 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By: /s/Brian Audette
Trustee

Brian Audette
131 South Dearborn St
Ste. 1700
Chicago, IL  60603-5559
(312) 324-8534
BAudette@perkinscoie.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**