# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| EDISON CONSTRUCTION COMPANY, | ) ) | **Case No. 14-15623** |
| | ) | |
| | ) | **Honorable Pamela S. Hollis** |
| Debtor. | | |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 4th day of January, 2017, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed on the attached service list.

Dated: January 4, 2017                           BRIAN A. AUDETTE, INTERIM TRUSTEE


                                                 By: */s/ Brian A. Audette*
                                                        Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8540
Fax:  (312) 324-9540

Label Matrix for local noticing
0752-1
Case 14-15623
Northern District of Illinois
Chicago
Wed Jan  4 09:51:05 CST 2017

Abt Electronics Inc
1200 N Milwaukee Ave
Glenview, IL 60025-2416

Accenture LLP
c/o Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, IL 60606-6704

Ally Financial Inc F/K/A GMAC Inc
PO Box 130424
Roseville, MN 55113-0004

(p)BAXTER CREDIT UNION
COLLECTION DEPARTMENT
PO BOX 8133
VERNON HILLS IL 60061-8133

Celtic Commercial Painting, LLC
c/o: DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5706

Chicago Regional Council of Carpenters Welfa
12 East Erie Street
Chicago, IL 60611-2789

Durkin Electric Company
8150 W. 185th Street
Suite E
Tinley Park, IL 60487-9319

Edison Construction Company
6959 Milwaukee Ave.
Niles, IL 60714-4421

Fifth Third Bank
MDROPS05
1850 East Paris
Grand Rapids, MI 49546-6253

Great Lakes Plumbing & Heating Co.
4521 West Diversey Ave
Chicago, IL 60639-1925

International Decorators Inc
c/o Emalfarb, Swan & Bain
440 Central Ave.
Highland Park, IL 60035-2688

JGR Commercial Solutions, Inc
Law Office of Dennis M. Sbertoli
P.O. Box 1482
La Grange Park, IL 60526-9582

JLJ Contracting, Inc.
2748 South 21st Street
Broadview, IL 60155-4629

JPMorgan Chase Bank, N.A.
201 N. Central Ave, AZ1-1191
Phoenix, AZ 85004-0073

Johns Plumbing Inc.
3116 North Cicero Ave
Chicago, IL 60641-5151

Laborers' Pension Fund
Office of Fund Counsel
111 W. Jackson Blvd
Suie 1415
Chicago, IL 60604-3589

Laborers' Welfare Funds and and Laborer
111 West Jackson Blvd
Suite 1415
Chicago, IL 60604-3868

OEC Business Interiors, Inc.
900 N Church Road
Elmhurst, IL 60126-1014

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ABM Janitorial Services - North Central, Inc
c/o Ean L. Kryska
180 N. LaSalle St., Suite 1700
Chicago, IL 60601-2603

ABM Janitorial Services Midwest LLC
Remittance Drive, #3011
Chicago, IL 60675-3011

ABT T.V. Appliance
1200 N. Milwaukee Ave.
Glenview, IL 60025-2416

Abt Electronics Inc.
c/o James O'Halloran
107 W. 1st Street
Elmhurst IL 60126-2802

Air Comfort Corporation
2550 Braga Dr.
Maywood, IL 60155-3987

Ally
P.O. Box 380902
Minneapolis, MN 55438-0902

Ameriscan Designs, Inc.
4147 W. Ogden Ave.
Chicago, IL 60623-2877

Arthur W. Callos
POB 939
Antioch, Illinois 60002-0939

Baxter Credit Union
c/o Matthew Grob/ Esp Kreuzer Cores LLP
400 S County Farm Road Suite 200
Wheaton, IL 60187-4547

Blaze Electric Corporation
2424 S. 25th Ave.
Broadview, IL 60155-3874

Break Thru Enterprises, Inc
Davis McGrath LLC
125 S Wacker Drive Suite 1700
Chicago, Illinois 60606-4478

Burnham Nationwide, Inc.
Department 4680
Carol Stream, IL 60122-4680

Butler Coring Inc.
1350 Tri-State Parkway, #122
Gurnee, IL 60031-9135

CHICAGO PAINTERS AND DECORATORS FRINGE BENEF
c/o John F. Etzkorn, Arnold and Kadjan
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

Carpenters Pension and Retirement
Savings Funds of IL
PO Box 4001
Geneva, IL 60134-4001

Celtic
10201 Werch Dr., #303
Woodridge, IL 60517

Celtic Commercial Painting, LLC
c/o DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068-5706

Chase
P.O. Box 901076
Fort Worth, TX 76101-2076

Chicago Carpenters Trust Funds
PO Box 94432
Chicago, IL 60690-4432

Chicago Painters and Decorators
Funds
PO Box 809062
Chicago, IL 60680-9062

Chicago Regional Council of Carpenters
c/o Bruce C. Scalambrino
Scalambrino & Arnoff, LLP
One North LaSalle Street, Suite 1600
Chicago, Illinois 60602-3935

Clark & Barlow Hardware Co.
353 W. Grand Ave.
Chicago, IL 60654-4528

Commercial Specialties, Inc.
2255 Lois Drive, Unit 9
Rolling Meadows, IL 60008-4100

Competitive Piping Systems
c/o Tejal S. Desai
Latimer LeVay Fyock LLC
55 W. Monroe, Suite 1100
Chicago, IL 60603-5128

Competitive Piping Systems, Inc.
141 W. Jackson Blvd., #A-30
Chicago, IL 60604-2951

Contract Industries, Inc.
6641 S. Narragansett
Bedford Park, IL 60638-5111

Current Communications & Electric
2600 W. 23rd St.
Broadview, IL 60155-4522

Dacav Industries
3270 E. End Ave.
Chicago Heights, IL 60411-5512

Dex Media
POB 9001401
Louisville, KY 40290-1401

Durkin Electric Company, Inc.
Swanson & Desai, LLC
c/o Nicholas R. Perino
670 W. Hubbard Street, Ste. 202
Chicago, IL 60654-5541

Edison Lumber Co.
6959 N Milwaukee Ave
Niles, IL 60714-4421

Emerald Mechanical
1220 W. Van Buren
Chicago, IL 60607-2842

Enviro Mechanical, Inc.
1020 W. Fullerton Ave., Suite D
Addison, IL 60101-4335

Equal Electric II, Inc.
4616 W. 138th St.
Midlothian, IL 60445-1931

Fifth Third Bank
18800 Hall Rd.
Clinton Township, MI 48038-1340

GE Capital C/O Barbi Martin
1010 Thomas Edison Blvd
Cedar Rapids IA 52404
barbi.martin@ge.com 52404-8247

Glass Solutions, Inc.
764 Oaklawn Ave.
Elmhurst, IL 60126-1406

Great Lakes Plumbing & Heating Co.
4521 W. Diversey Ave.
Chicago, IL 60639-1925

Greatlakes Architectural
Woodworking
2135 W. Fulton
Chicago, IL 60612-2313

Greatlakes Architectural Milworks, LLC
c/o O'Donnell Winchester
2135 W Fulton Street
Chicago, Illinois 60612-2313

Groot Industries, Inc.
2500 Landmeier Road
Elk Grove Village, IL 60007-2627

Hardt Electric, Inc.
4909 N. Elston Ave.
Chicago, IL 60630-2505

Hemraa-Coughlin Corp.
632 Lavina Drive
Bolingbrook, IL 60440-9031


IMG Technologies, Inc.
8019 Solutions Center
Chicago, IL 60677-8000

J.B. Metal Works, Inc.
1325 Lee St.
Des Plaines, IL 60018-1514

JGR Commercial Solutions
11414 Smith Dr., Unit G
Huntley, IL 60142-9635


JLJ Contracting, Inc.
c/o Scott A. Sernenek/Faegre Baker Danie
311 South Wacker Drive Suite 4300
Chicago, IL 60606-6655

Johns Plumbing
3116 N. Cicero
Chicago, IL 60641-5151

Johns Plumbing Inc.
Julia Jensen Smolka
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706


Joseph Nieckula
1313 Liverpool Ln.
Mundelein, IL 60060-1073

KL Electric, Inc.
PO Box 1098
Addison, IL 60101-8098

Kenna Construction Company
320 Melvin Dr., Suite 9
Northbrook, IL 60062-2020


Klass Electric Co., Inc.
101 Kelly St., Unit C
Elk Grove Village, IL 60007-1029

Kraftex Floor Corp.
801 Sivert Dr.
Wood Dale, IL 60191-2611

LaForce
1060 W. Mason St.
Green Bay, WI 54303-1863


LaForce Inc
P O Box 10068
Green Bay, WI 54307-0068

Laborers Pension & Welfare Funds
33367 Treasury Center
Chicago, IL 60694-3300

Laborers Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334


Laborers' Pension Fund and  Laborers&#0
111 W. Jackson Blvd., Suite 1415
Chicago, Illinois 60604-3868

Lohre Painting Company
1750 Harding Rd.
Winnetka, IL 60093-3306

Lohre Painting Company, Inc.
c/o Riccardo A. DiMonte
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068-5706


M Hart and Associates, Inc.
d/b/a Alan and Associates, Inc.
15432 South 70th Court
Orland Park, IL 60462-5133

MJH Interiors, Inc.
343 Crossen Avenue
Elk Grove Village, IL 60007-2001

MJH Interiors, Inc.
907 Lunt Ave.
Schaumburg, IL 60193-4416


MTH Industries
c/o Sara E. Cook, McKenna Storer
1004 Courtauids Dr., Ste. A
Woodstock, IL 60098-7320

MTS Titan Electric, LLC, d/b/a Titan Electri
c/o John S Mrowiec, Esq.,
Conway & Mrowlec
20 South Clark Street, Suite 1000
Chicago, Illinois 60603-1825

Marvin Feig & Associates
3232 N. Elston Ave.
Chicago, IL 60618-5828


Marvin Feig & Associates
5707 Howard St.
Niles, IL 60714-4012

Marvin Feig and Associates
c/o Marvin Feig & Associates
5707 Howard St
Niles, IL 60714-4012

Michael E. Barnes
Presidentail Towers
555 W. Madison St., Apt. 4712
Chicago, IL 60661-2679

| | | |
|---|---|---|
| Midwest Woodcrafters, Inc.<br>26 W. 415 St.<br>Carol Stream, IL 60188 | Midwest Woodcrafters, Inc.<br>c/o S. Fradin & J. Gansberg<br>Much Shelist, P.C.<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606-1631 | Murphy Marble<br>11756 S. Halsted St.<br>PO Box 288145<br>Chicago, IL 60628-8145 |
| Murphy Marble Company<br>11756 South Halsted Street<br>Chicago, IL 60628-5823 | National Decorating Service<br>2210 Camden Court<br>Hinsdale, IL 60523-1269 | Olde Towne Floors, Inc.<br>Dennis M. Sbertoli<br>POB 1482<br>La Grange Park, IL 60526-9582 |
| One East Wacker Partners LLC<br>One East Wacker Dr., Suite 250<br>Chicago, IL 60601-1802 | Palos Electric Co., Inc.<br>c/o Michael J. Murray Carey, Filter, Whi<br>33 West Jackson 5th Floor<br>Chicago, IL 60604-4149 | ParkCard Network, Inc.<br>PO Box 4205<br>Carol Stream, IL 60197-4205 |
| Phoenix Fire Systems, Inc.<br>744 Nebraska St.<br>Frankfort, IL 60423-1701 | Pientka Plumbing Contractor, Inc.<br>14521Trailway<br>Lake Forest, IL 60045-3415 | Pientka Plumbing Contractors, Inc.<br>c/o Brain Audette<br>Perkins Coie LLP<br>131 S Dearborn Street Suite 1700<br>Chicago, IL 60603-5559 |
| Pitney Bowes Global Financial Services LLC<br>4901 Belfort Road, Suite 120<br>Jacksonville, FL 32256-6016 | Pitney Bowes Global Financial Svcs<br>POB 371887<br>Pittsburgh, PA 15250-7887 | Progress Electric<br>5722 S. Central Ave.<br>Chicago, IL 60638-3796 |
| Progress Electric Company<br>c/o Gregory A. McCormick<br>Garfield & Merel, Ltd<br>180 N Stetson, Suite 1300<br>Chicago, IL 60601-6818 | R & B Metal Products, Inc.<br>801 McHenry Ave.<br>Woodstock, IL 60098-3031 | R.T. Digital Printing & Supply<br>6241 W. Touhy<br>Chicago, IL 60646-1106 |
| Reinke Gypsum Supply Co., Inc.<br>Law Offices of Mark J. Rose<br>200 W. Adams Street, Suite 2850<br>Chicago, Illinois 60606-5206 | Reinke Interior Supply Co., Inc.<br>c/o Law Offices of Mark J. Rose<br>200 W. Adams Street, Suite 2850<br>Chicago, Illinois 60606-5206 | Renaissance Interiors Inc.<br>c/o Mueller & Co.<br>1707 N. Randall Road<br>Elgin, IL 60123-9414<br>Attn: Robert Coursey partner |
| Renee A. Bulow<br>c/o Equal Electric II Inc.<br>4616 West 138th<br>Crestwood, IL 60445-1931 | Rex Electric & Technologies, LLC<br>One Seagate Suite 1700<br>Toledo, OH 43604-1504 | Robinette Demolition, Inc. 0 South<br>560 Hwy. 83<br>Villa Park, IL 60181 |
| Rotary International<br>1560 Sherman Avenue<br>Suite 312<br>Evanston, IL 60201-4803 | Super Electric Construction Co.<br>4300 W. Chicago Ave.<br>Chicago, IL 60651-3421 | Super Electric Construction Co.<br>C/O<br>Howard Marks<br>Berger, Newmark & Fenchel, P.C.<br>1753 N. Tripp Ave.<br>Chicago, IL 60639-4861 |
| Super Electric Construction Company<br>c/o Howard Marks<br>    Berger, Newmark & Fenchel, P.C.<br>    1753 N. Tripp Avenue<br>    Chicago, Illinois 60639-4861 | Thermoflo, Inc.<br>251 Holbrook Dr.<br>Wheeling, IL 60090-5826 | Titan Electric Co.<br>401 E. North Ave.<br>Villa Park, IL 60181-1218 |

| | | |
|---|---|---|
| UST Prime III Office Subtenant, L.P.<br>Jeffrey P. Breaden, Senior VP<br>The Prime Group, Inc.<br>120 N. LaSalle St., Ste. 3200<br>Chicago, IL 60602-2416 | Union Recycling & Waste<br>PO Box 17014<br>Chicago, IL 60617-0014 | Wheaton Associates, Inc.<br>172 Kirkland Circle<br>Oswego, IL 60543-8768 |
| ~~Brian Audette~~<br>~~Perkins Coie LLP~~<br>~~131 S Dearborn Street, Suite 1700~~<br>~~Chicago, IL 60603-5559~~ | James S. Jorgensen<br>111 W Jackson Blvd.<br>Suite 1415<br>Chicago, IL 60604-3868 | Lois West<br>Popowcer Katten Ltd<br>35 E Wacker Dr, Suite 902<br>Chicago, Il 60601-2124 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Scott R Clar<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Baxter Credit Union
340 N. Milwaukee Ave.
Vernon Hills, IL 60061


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)645 N. Michigan, LLC | (u)Arthur W. Callos | (u)Break Thru Enterprises, Inc |
| (u)Chicago Regional Council of Carpenters App | (u)Chicago Regional Council of Carpenters Pen | (u)Competitive Piping Systems |
| (u)GLL Properties 444 North Michigan, L.P. | (u)Huntington Construction Company | (u)MEPT 200 West Madison LLC |
| (u)MTH Industries | (u)Madison LaSalle Partners, LLC | (u)Martin Auction Services, LLC |

| | | |
|---|---|---|
| (u)Midwest Woodcrafters, Inc. | (u)One North LaSalle Properties LLC | (u)Progress Electric Company |
| (u)Renaissance Interiors, Inc. | (u)Rex Electric and Technologies | (u)Super Electric Construction Co.<br>Howard Marks, Berger, Newmark & Fenchel<br>1753 N. Tripp Ave.<br>Chicago |
| (u)UST Prime III Office Subtenant, L.P. | (u)Weiss Entities LLC | (u)Zest Health LLC |
| (u)Competitive Piping Systems, Inc., c/o Lati | (d)Current Communications & Electric Corp.<br>2600 W 23rd St.<br>Broadview, IL 60155-4522 | (du)Huntington Construction Company |
| (d)International Decorators, Inc<br>c/o Emalfarb, Swan & Bain<br>440 Central Ave<br>Highland Park, IL 60035-2688 | (u)Menards<br>PO Box 4160<br>CA 90197-4160 | (u)See Attached |
| (u)Larry Lefoldt | End of Label Matrix<br>Mailable recipients   127<br>Bypassed recipients    28<br>Total                 155 | |